AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District: Eastern District of Arkansas | |
|---|---|---|
| Name of Movant: Robert Childs Hartje | Prisoner No. 20303-009 | Case No. 4:98CR00250-WRW |
| Place of Confinement: P.O. Box 7000, FCI Texarkana, Texas 75505 | 4-04 CV000872 | |

UNITED STATES OF AMERICA          V.    ROBERT CHILDS HARTJE,

(name under which convicted) Wilson

## MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>United States District Court for the Eastern District of Arkansas</u>

2. Date of judgment of conviction <u>May 18, 2000</u>

3. Length of sentence <u>210 months</u>

4. Nature of offense involved (all counts) <u>Two counts of distributing a controlled substance; Conspiracy to distribute; conspiracy to manfacture; possession of a firearm by a user of a controlled substance.</u>

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 23 2004
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __Eighth Circuit Court of Appeals__

   (b) Result __Affirmed and Remanded for resentencing.__

   (c) Date of result ____8/29/01____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____N/A_____

    (2) Nature of proceeding _____N/A_____

    (3) Grounds raised _____N/A_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐   No ☐

    (5) Result _____N/A_____

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____N/A_____

    (2) Nature of proceeding _____N/A_____

    (3) Grounds raised _____N/A_____

(3)

AO 243 (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐        No ☐

    (5) Result _____ N/A _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐        No ☐
    (2) Second petition, etc.      Yes ☐       No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution: <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date</u>.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: __See Attached Memorandum Brief__

Supporting FACTS (state *briefly* without citing cases or law)
   __See Attached Memorandum Brief__

B.  Ground two: __See Attached Memorandum Brief__

Supporting FACTS (state *briefly* without citing cases or law)
   __See Attached Memorandum Brief__

C.  Ground three: __N/A__

Supporting FACTS (state *briefly* without citing cases or law)
   __N/A__

AO 243 (Rev. 2/95)

D. Ground four: __N/A__

Supporting FACTS (state *briefly* without citing cases or law) __N/A__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:
    Intervening Change in law by the Supreme Court of the United States.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing __E. Alvin Schay, Little Rock, Arkansas__

    (b) At arraignment and plea __(same)__

    (c) At trial __(same)__

    (d) At sentencing __(same)__

    (e) On appeal   <u>James Lessmeister, Little Rock, Arkansas</u>

    (f) In any post-conviction proceeding   <u>N/A</u>

    (g) On appeal from any adverse ruling in a post-conviction proceeding

<u>N/A</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒     No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐     No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: 
    
    <u>N/A</u>

    (b) Give date and length of the above sentence:   <u>N/A</u>

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐     No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

<u>5-19-04</u>
(Date)

_____
Signature of Movant

(7)